# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

Robert P. Young, Jr.,
Chief Justice

145001

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

COMPUTER BUSINESS WORLD, L.L.C.
and PARVIZ DANESHGARI,
      Plaintiffs/Counter Defendants-Appellees,

v

    SC: 145001
    COA: 301082
    Genesee CC: 08-089895-NM

SANDER H. SIMEN and SIMEN, FIGURA
& PARKER, P.L.C.,
      Defendants/Counter Plaintiffs-Appellants.

_____/

      On order of the Court, the application for leave to appeal the March 13, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

Clerk

h0716